IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Civil Action:18-cv-02206-MSK-STV | FTR - Reporter Deck - Courtroom A402 |
| Date: April 7, 2020 | Courtroom Deputy:  Monique Ortiz |

*Parties:*                                                                 *Counsel:*

RICHARD BRANDT GREEN                        Jennifer Gokenbach
                                                                      Stephen Rotter
        Plaintiff,

 v.


U.S. ANESTHESIA PARTNERS OF         Christopher Eby
COLORADO, INC. , and                               Colin Barnacle
U.S. ANESTHESIA PARTNERS, INC.

        Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC DISCOVERY HEARING**
**Court in Session:   2:05 p.m.**
Court calls case. Appearance of counsel.

This matter is before the Court regarding the discovery disputes as set forth in the Joint Statement submitted by the parites.

The Court informs the Court why he cannot rule on the discovery disputes as set forth by the parties.

Arguments by counsel.

For the reasons set forth on the record, it is

**ORDERED:**          Discovery deadline is extended to August 31, 2020.  Dispositive Motions deadline is extended to September 30, 2020.  Affirmative experts deadline is extended to July 7, 2020.  Rebuttal experts

        deadline is extended to August 7, 2020.

        The parties shall confer regarding the discovery issues and if the parties are unable to resolve the disputes, then the Court authorizes the parties to file a Motion to Compel.

HEARING CONCLUDED.
**Court in recess:**    2:52  p.m.
Time In Court:    00:47

To order a transcript of this proceeding, contact Patterson Transcription Company at (303)755-4536 <u>OR</u> AB Litigation Services at (303)629-8534.