IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:18-cv-02206-MSK-STV

RICHARD BRANDT GREEN, M.D., an individual,

    Plaintiff,

v.

U.S. ANESTHESIA PARTNERS OF COLORADO, INC., f/k/a GREATER
COLORADO ANESTHESIA, P.C., a Colorado Corporation, and
U.S. ANESTHESIA PARTNERS, INC., a Delaware corporation,

    Defendants.

---

## UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER

Defendants U.S. Anesthesia Partners of Colorado, Inc. and U.S. Anesthesia Partners, Inc. ("Defendants"), by and through undersigned counsel, respectfully request the Court modify the Scheduling Order to extend the discovery deadline in this matter to **April 13, 2021** and the dispositive motion deadline to **May 11, 2021**. In support of this Motion, Defendants state as follows:

### D.C.COLO.LCivR 7.1 Certification

Undersigned counsel for Defendants certifies she has conferred with opposing counsel and Plaintiff is unopposed to the relief requested.

1. The Scheduling Order [ECF #17] has previously been modified on ten separate occasions, pursuant to Orders dated November 13, 2019 [ECF #40], January 7, 2020 [ECF #48], February 11, 2020 [ECF #53], March 13, 2020 [ECF #59], July 10, 2020 [ECF #65], August 31,

1

2020 [ECF # 68], September 23, 2020 [ECF #71], October 30, 2020 [ECF #74], November 25, 2020 [ECF #77] and December 14, 2020 [ECF #87]. Paragraphs 2-8 below, reflect the four most recent motions, which requested an amendment to the Scheduling Order, to extend certain deadlines.

2. Plaintiff filed a Motion to Modify the Scheduling Order on August 31, 2020, requesting that the discovery cutoff date be extended to September 30, 2020. [ECF #66].

3. By Order dated August 31, 2020, the Court granted this Motion and the discovery cutoff date was extended to September 30, 2020. [ECF #68].

4. On September 18, 2020, the Parties filed a Joint Motion to Modify the Scheduling Order, which included a request to extend the discovery cutoff and dispositive motion deadlines [ECF #69].

5. By Order dated September 23, 2020, the Court granted the Joint Motion and extended the discovery cutoff deadline to November 30, 2020 and the dispositive motion deadline to December 15, 2020. [ECF #71].

6. On November 25, 2020, the Parties filed another Joint Motion to Modify the Scheduling Order, requesting an extension of the discovery cutoff and dispositive motion deadlines. [ECF #75].

7. By Order dated November 30, 2020, the Court granted the Joint Motion and extended the discovery cutoff deadline to December 15, 2020 and the dispositive motion deadline to January 29, 2021. [ECF #77].

8. On December 14, 2020, Defendants filed a Motion to Modify the Scheduling Deadline to extend the discovery cutoff deadline to February 12, 2021 and the dispositive motion

deadline to March 12, 2021. {ECF #84} This request was to allow the Parties to resolve several pending discovery issues and was limited to completing a few outstanding depositions, including depositions of physicians whose availability has been impacted by travel and the COVID-19 pandemic [*see* ECF #75].

9. By Order dated December 14, 2021, the Court granted the Motion and extended the discovery cutoff deadline to February 12, 2021 and the dispositive motion deadline to March 12, 2021. [ECF #87]

10. Under Fed. R. Civ. P. 6(b), the Court may extend the time upon a showing of good cause, provided the motion is made before the original time expires. This motion is timely because the discovery deadline in this case has not yet run.

    a. Good cause exists to extend the discovery for the following reasons:

        i. The Parties have agreed to participate in mediation and are in the process of scheduling mediation to occur in March in an effort to resolve this matter;

        ii. The Parties have been working to resolve all remaining discovery disputes and complete production of requested documents, but need additional time to complete these tasks;

        iv. The Parties have been diligently working together to schedule remaining depositions, but need additional time to complete several remaining depositions.

11. No trial date has been set for this matter, and no party will suffer any prejudice by this requested modification to the Scheduling Order.

12. Pursuant to D.C.Colo.LCiv. 6.1, Counsel contemporaneously serves a copy of this motion on their respective clients.

WHEREFORE, Defendants respectfully move for an Order granting Defendants' Unopposed Motion to Modify the Scheduling Order and extend the discovery cutoff deadline to April 13, 2021, and the dispositive motion deadline to May 11, 2021.

Respectfully submitted, this 9th day of February, 2021.

      **FOX ROTHSCHILD LLP**

s/ Heidi Wilbur
Steven W. Moore
*Heidi Wilbur*
1225 17th Street
Suite 2200
Denver, CO 80202
Telephone: (303) 383-7668
Facsimile: (303) 292-1300
swmoore@foxrothschild.com
hwilbur@foxrothschild.com

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of February 2021, I electronically filed the foregoing **UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Stephen B. Rotter
Jennifer Lyn Gokenbach
Workplace Counsel
1401 Lawrence Street, Suite 1600
Denver, CO 80202
stephen@theworkplacecounsel.com
jennifer@theworkpalcecounsel.com

ATTORNEYS FOR PLAINTIFF

Christopher John Eby
Colin Louis Barnacle
Nelson, Mullins, Riley & Scarborough LLP
1400 Wewatta Street, Suite 500
Denver, CO 80202
Chris.eby@nelsonmullins.com
Colin.barnacle@nelsonmullins.com

ATTORNEYS FOR DEFENDANTS

            s/ Heidi Wilbur
            *Heidi Wilbur*