# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 1:18-cv-02206-MSK-STV

RICHARD BRANDT GREEN, M.D., an individual,

    Plaintiff,

v.

U.S. ANESTHESIA PARTNERS OF COLORADO, INC., f/k/a GREATER
COLORADO ANESTHESIA, P.C., a Colorado Corporation, and
U.S. ANESTHESIA PARTNERS, INC., a Delaware corporation,

    Defendants.

---

## JOINT MOTION FOR EXTENSION OF SUMMARY JUDGMENT DEADLINES
---

The parties, by and through their respective attorneys, respectfully request that this Court grant an extension to the deadlines regarding Defendants' Motion for Summary Judgment (# 113). As grounds for this Motion, the parties state as follows:

1. On November 8, 2021, Defendants filed their Motion for Summary Judgment (# 113).

2. On November 29, 2021, Plaintiff filed an Unopposed Motion for Extension of Time to File Response to Defendants' Motion for Summary Judgment (# 115).

3. On November 30, 2021, the Court granted Plaintiff's Motion and extended the deadline for Plaintiff to file his response to December 20, 2021 (# 116).

4. On December 20, 2021, Plaintiff filed a Second Motion for 4-Day Extension of Time to File Response to Defendants' Motion for Summary Judgment (# 117).

5.      Pursuant to D.C.COLO.LCivR. 7.1(a), the parties have conferred and respectfully request the following extensions of time to the summary judgment deadlines:

   a.    Plaintiff shall file his response to Defendants' Motion for Summary Judgment no later than December 24, 2021; and

   b.    Defendants shall file their reply to Defendants' response no later than January 25, 2022.

6.      Good cause exists for these extensions of time because Defendants' Motion for Summary Judgment is 49-pages in length and seeks summary judgment on all claims. This case further involves extensive discovery including over 32,000 bates labeled documents, the parties took eleven depositions, and there are hundreds of pages of privilege logs that have been recently exchanged.

7.      In addition, given that the Response will be filed on Christmas Eve, Defendants' require additional time to complete their Reply brief to account for holiday schedules, closures, and other dispositive motion deadlines pending on January 14 and 21. The time to work on the Reply will primarily fall over the holidays during which time Defendants' counsel's staff and attorneys are scheduled to be intermittently out of the office and undersigned Defendants' counsel's minor children will be out of school. Accordingly, Defendants request up and until January 25, 2022 to file their Reply.

8.      No trial date has been set for this matter, and no party will suffer any prejudice by these requested modifications to the briefing schedule.

9.      Pursuant to D.C.COLO.LCiv.R. 6.1, counsel for the parties are contemporaneously serving a copy of this motion on their clients.

Page 2 of 4
129056214.1

WHEREFORE, the parties stipulate and agree, and respectfully request that Plaintiff have up to and including December 24, 2021 to file his response to Defendants' Motion for Summary Judgment, and that Defendant have up to and including January 25, 2022 to file their reply.

Respectfully submitted this 22nd day of December, 2021.

| | |
|---|---|
| *s/ Jennifer L. Gokenbach* | *s/ Heidi Wilbur* |
| Jennifer L. Gokenbach | Steven W. Moore |
| Stephen B. Rotter | Heidi Wilbur |
| The Workplace Counsel | Fox Rothschild LLP |
| 1401 Lawrence Street, Suite 1600 | 1225 17th Street, Suite 2200 |
| Denver, Colorado 80202 | Denver, Colorado 80202 |
| Telephone: (303) 625-6400 | Telephone: (303) 383-7668 |
| jennifer@theworkplacecounsel.com | swmoore@foxrothschild.com |
| stephen@theworkplacecounsel.com | hwilbur@foxrothschild.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of December, 2021, I electronically filed the foregoing **JOINT MOTION FOR EXTENSION OF SUMMARY JUDGMENT DEADLINES** with the Clerk of the Court using the CM/ECF system, which will serve a copy on the following counsel of record:

Steven W. Moore
Heidi Wilbur
FOX ROTHSCHILD LLP
1225 17th Street, Suite 2200
Denver, CO 80202
Telephone: (303) 383-7668
Facsimile: (303) 292-1300
swmoore@foxrothschild.com
hwilbur@foxrothschild.com
*Attorneys for Defendants*

        *s/ Jennifer L. Gokenbach*
        Jennifer L. Gokenbach